**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MARCEL M. THOMAS,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-187-TKW-MJF**

**STATE OF FLORIDA, et al.**

**Defendants**.
_________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to comply with court orders. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice based on Plaintiff's failure to prosecute and failure to comply with court orders.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 28th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**